UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OBIOMA CHUKWU,

  Plaintiff,

   v.

PHIL MURPHY and STATE OF NJ,

  Defendants.

Civil Action No. 23-23010 (RK) (DEA)

**MEMORANDUM ORDER**

**KIRSCH, District Judge**

 **THIS MATTER** comes before the Court upon *pro se* Plaintiff Obioma Chukwu's ("Plaintiff") multiple letters regarding this matter. (ECF Nos. 4–11.) Plaintiff initiated this lawsuit on December 11, 2023 by filing his Complaint and paying the filing fee. (ECF No. 1.) Plaintiff is representing himself in this lawsuit. Plaintiff's claims are not clearly stated, but as best the Court can discern, Plaintiff's suit arises from perceived misconduct by government actors at the Trenton Psychiatric Hospital in Trenton, New Jersey, where Plaintiff was confined at the time he initiated suit. (*Id.*) Plaintiff's subsequent letters allege wrongdoing in a similar vein. (ECF Nos. 4–11.)

 As Plaintiff paid the filing fee, the Clerk of Court issued summons for Plaintiff to serve on December 12, 2024. (ECF No. 3.) To date, Plaintiff has not served his Complaint and summons on Defendants pursuant to Federal Rule of Civil Procedure 4.[1] Until Plaintiff properly serves Defendants in the matter, the case cannot proceed. Failure to serve Defendants and file proof of

---

[1] On February 20, 2024, Plaintiff filed a document indicating that he had mailed the summons to an address in Trenton, New Jersey but that the mailing was marked "RETURN TO SENDER / INSUFFICIENT ADDRESS / UNABLE TO FORWARD." (ECF No. 9.) This does not comply with the requirements of Federal Rule of Civil Procedure 4.

service on the docket by June 30, 2024 will subject this matter to dismissal pursuant to Federal Rule of Civil Procedure 41(b).

IT IS on this 21st day of May, 2024, ORDERED that:

1.  Plaintiff is directed to effectuate service on Defendants in accordance with Federal Rule of Civil Procedure 4 and file proof of service on the docket by June 30, 2024;

2.  Failure to effectuate service will subject this matter to dismissal with prejudice under Federal Rule of Civil Procedure 41(b); and

3.  The Clerk's Office shall serve on Plaintiff by regular U.S. mail this Memorandum Order to his address of record.

ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE

2